In the Matter of the Judicial Settlement of the Accounts of MARTHA A. A. BEER, as Administratrix, etc., of WILLIAM C. BEER, Deceased.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., Driggs Avenue, etc. CAMALIA GIOIA, Petitioner, etc.— Motion granted and order signed. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of BENJAMIN R. TARSEY for Reinstatement as a Member of the Bar.— Matter referred to the Hon. Josiah T. Marean, as official referee. Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ. Order to be settled on notice before Mr. Justice Putnam.

SOPHIE JARETT, Appellant, v. HERMAN MANKES and NATHAN GARFINKEL, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GUSTAVE LEVY, Respondent, v. BENJAMIN JACOBSON and Others, Appellants.— Motion denied on condition that appellants perfect the appeal and serve their brief in time to place the case on the calendar for Monday, June 2, 1919; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARA C. FULLER and Others, Respondents, v. JAMES W. TOMPKINS, Appellant.— Motion granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ. Order to be settled on notice.

C. WALTER RANDALL, Respondent, v. GEORGE B. WIX, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

JOHN WANAMAKER, NEW YORK, INC., and Another, Respondents, v. OTIS ELEVATOR COMPANY, Appellant. (Action No. 1.) JOHN WANAMAKER, NEW YORK, INC., and Another, Respondents, v. OTIS ELEVATOR COMPANY, Appellant. (Action No. 2.) JOHN WANAMAKER, NEW YORK, INC., Respondent, v. OTIS ELEVATOR COMPANY, Appellant. (Action No. 3.) — Motions granted and cases set down for Friday, May 23, 1919. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

WALTER J. WAYTE, Appellant, v. BOWKER CHEMICAL COMPANY and Another, Respondents.— Motions denied, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

JOSEPH ZUKAS, Respondent, v. LEHIGH VALLEY COAL COMPANY, Appellant.— Motion to resettle order granted and order signed. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

THERESA P. BREITER, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs to respondent to abide the event. The reasons assigned by the learned trial justice in the record appear to justify his action. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

EUGENE N. CADENASSO, Appellant, v. WILLIAM P. BERNAGOZZI and FERDINAND BERNAGOZZI, Copartners, etc., Respondents.— We think the